UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BABARA WILLIAMS, Class Representative, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-CV-2393 RLW |
| ) | |
| EMPLOYERS MUTUAL CASUALTY, ) | |
| COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant Owners Insurance Company's Motion for Judgment on the Pleadings (ECF No. 73), Capitol Indemnity Insurance Company's Motion for Judgment on the Pleadings (ECF No. 76), and Defendant Employers Mutual Casualty Company's Motion for Judgment on the Pleadings (ECF No. 79) are **GRANTED**. Plaintiff's claims are dismissed with prejudice.

Dated this 2nd day of March, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE