US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**  **USCA#:**

Williams v. Employers Mutual Casualty Company et al

**Case Number:**

4:13-CV-02393-RLW

**Plaintiff:**  **Defendant:**

BARBARA WILLIAMS   EMPLOYERS MUTUAL CASUALTY COMPANY, et al.

**Attorney:**  **Attorney:**

Robert P. Berry (for pla)
16150 Main Circle Drive
Suite 120
St. Louis, MO  63017
Ph: 314-480-5881   Fax: 314-480-5884
Email: rberry@berrysilberberg.com

Robert L. Carter (for dft)
800 Market Street
Suite 1100
St. Louis, MO  63101
Ph: 314-421-3400   Fax: 314-421-3128
Email: rcarter@bjpc.com

Christopher J. Carpenter (for dft)
40 Corporate Woods, Suite 1250
9401 Indian Creek Parkway
Overland Park, KS  66210
Ph: 913-234-6100   Fax: 913-234-6199
Email: cj.carpenter@swrllp.com

Alan K. Goldstein (for dft)
One Memorial Drive
Suite 1000
St. Louis, MO  63102-2704
Ph: 314-421-0710   Fax: 314-421-2832
Email: alan@gp-law.com

Timothy R. Huff (for dft)
131 Jefferson Street
St. Charles, MO  63301
Ph: 636-949-9300   Fax: 636-949-3141
Email: thuff@niednerlaw.com

**Court Reporter(s):**  Please return files and documents to:

None

Clerk for Eastern District of Missouri

Person to contact about the appeal:

Jason Dockery at 314-244-7935

Length of trial    Fee:    IFP:    Pending IFP Motion

N/A    Paid    None    No

Counsel:    Pending Motions:    Local Interest:    Simultaneous Release:

| No | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: | No |   Where: |     |

**Please list all other defendants in this case if there were multiple defendants:**

Case: 4:13-cv-02393-RLW   Doc. #:  145   Filed: 11/03/15   Page: 2 of 2 PageID #: 2642